IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CHARLES D. ALLEN                                                           PLAINTIFF

VS.                                                CIVIL ACTION NO. 3:07cv231-JCS

AMEKIA JACKSON and LEON SHIELDS                      DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion and order, judgment is entered in favor of Defendants, and Plaintiff's claims are hereby dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED AND ADJUDGED, this the 18th day of November, 2009.

                                                                   /s/ James C. Sumner
                                                                    UNITED STATES MAGISTRATE JUDGE